# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANTHONY R. PUGH, | No. C09-5180 RJB/KLS |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S REQUEST FOR STAY |
| KAREN BRUNSON, et al., | |
| Defendants. | |

Before the Court is Plaintiff's letter dated April 26, 2009. Dkt. 8. Plaintiff asks whether there is an option to place this complaint on hold pending the filing of a writ of habeas corpus. *Id*. This letter was has only recently come to the Court's attention as letter filings are not placed on the Court's docket for consideration.

Plaintiff is advised that there is no basis for staying this matter while he pursues a habeas action. If Plaintiff wishes to withdraw his complaint in this action and proceed with a habeas complaint, he may do so without prejudice to refiling this action at a later time. However, he should immediately inform the Court that this is how he wishes to proceed. In addition, Plaintiff

ORDER RELATING TO REQUEST TO STAY - 1

should place any future requests in the form of a motion and note them on the Court's calendar so that they may be considered in a more timely fashion.

DATED this 15th day of June, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER RELATING TO REQUEST TO STAY - 2