**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| ANTHONY R. PUGH,<br><br>                      Plaintiff,<br><br>    v.<br><br>KAREN BRUNSON, et al.,<br><br>                      Defendants. | NO. C09-5180 RJB/KLS<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

The Court, having considered the Defendants' motion for an extension of time (Dkt. 21), the Declaration of Daniel J. Judge (Dkt. 22), and the records and files herein, does hereby find and **ORDER**:

    1.    Defendants' motion for an extension of time to May 13, 2010, to file a dispositive motion and until July 2, 2010, to file a joint status report (Dkt. 21) is **GRANTED**.

    2.    The Clerk shall send uncertified copies of this Order to the Plaintiff and to counsel for the Defendants.

DATED this 26th day of February, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME