UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY R. PUGH, <br><br> Plaintiff, <br><br> v. <br><br> KAREN BRUNSON, et al., <br><br> Defendants. | No. C09-5180 RJB/KLS <br><br> ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 4.

A review of the docket reflects that the waiver and return of service forms directed to Defendant, Michael DeFoe, have been returned by the U.S. Marshal unexecuted. Dkt. 16. It appears they could not be executed because Defendant DeFoe could not be located at the address plaintiff provided. *Id.*, p. 1. The envelope is marked as "Not at CBCC." *Id.*, p. 3.

The Court is not aware of any other address for Defendant DeFoe. Therefore, another attempt to complete service on him cannot be made. Because service cannot be effected,

ORDER - 1

personal jurisdiction over Defendant DeFoe does not currently exist in this case and the Court has no authority over him at this time. However, if Plaintiff provides the Court with a current address for Defendant DeFoe, along with a properly completed summons and copy of the complaint, the court will direct the United States Marshal to once more attempt service.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk also is directed to send to Plaintiff a copy of the return of service form received for Defendant DeFoe (Dkt. 16).

**DATED** this   3rd   day of March, 2010.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2