UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY R. PUGH,<br><br>                Plaintiff,<br><br>    v.<br><br>KAREN BRUNSON, ELDON VAIL, CODY WILSON, and MICHAEL DEFOE,<br><br>                Defendants. | NO. C09-5180 RJB/KLS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF JOINT STATUS REPORT |

The Court, having considered the Defendants' motion for an extension of time to file joint status report (Dkt. 29), and the records and files herein, does hereby find and **ORDER:**

    1.    Defendants' motion for an extension of time (Dkt. 29) is **GRANTED;** the parties' joint status report is due **on or before October 31, 2010**.

    2.    The Clerk shall send uncertified copies of this Order to the Plaintiff and to counsel for the Defendants.

DATED this  2nd  day of August, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME