# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY R. PUGH,

          v.

**JUDGMENT IN A CIVIL CASE**

No.C09-5180 RJB/KLS

KAREN BRUNSON, ELDON VAIL,
CODY WILSON and MICHAEL
DEFOE,

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)      Plaintiff's claims against Defendant Michael Defoe **ARE DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and

(2)      The Complaint is **DISMISSED**.


| October 13, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

| | _s / Mary Trent_ |
|---|---|
| | Deputy Clerk |